Kurt R. Bonds (SBN 6228)
bondsk@hallevans.com
Adam R. Knecht (SBN 13166)
knechta@hallevans.com
HALL & EVANS, LLC
1160 N. Town Center Drive, Suite 330
Las Vegas, NV 89123
Tel:  (702) 998-1022

*Attorneys for Defendant,*
*PROPERTY RECEIVABLES CORP.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDDIE ROSSER,<br><br>         Plaintiff,<br><br>v.<br><br>PROPERTY RECEIVABLES CORP.,<br><br>         Defendants. | CASE NO.:  2:26-cv-00707<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br>(FIRST REQUEST FOR EXTENSION)<br><br>Complaint filed: 3/11/2026<br>Current Response Date: 4/7/26<br>New Response Date: 5/7/26 |

IT IS HEREBY STIPULATED between Plaintiff FREDDIE ROSSER ("Plaintiff") and Defendant PROPERTY RECEIVABLES CORP. ("Defendant") (Plaintiff and Defendant are collectively referred to as, the "Parties"), through their respective counsel, as follows:

WHEREAS, Plaintiff filed the Complaint (ECF. No. 1) on March 11, 2026;

WHEREAS, the Parties agree to extend the time for Defendant to respond to the Complaint up to and including May 7, 2026;

WHEREAS, Counsel for Plaintiff and Counsel for Defendant and Defendant's National Counsel have an excellent working relationship and the parties are in the process of discussing the matter and potential early resolution and the parties sought to save time and expense to determine if the matter could be settled in advance of the response due date;

{00225828;1}

Stipulation to Extend Time to Respond
Case No.:  8:26-cv-00497

WHEREAS, this is the First extension that has been requested as to the response to the Complaint;

WHEREAS, the extension does not exceed 30 days from the date the original response to the Complaint by Defendant was due, and;

WHEREAS, no party is prejudiced as a result of the extension of time.

WHEREFORE, the parties stipulated pursuant to LR 6.1(a) that Defendant shall have up to and including May 7, 2026 within which to file its response to the Complaint.

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT MAGISTRATE JUDGE**

**DATED:** __April 13, 2026__

RESPECTFULLY SUBMITTED:

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

Dated:  April 9, 2026

/s/ Kevin L. Hernandez
Kevin L. Hernandez
Attorneys for Plaintiff FREDDIE ROSSER

**HALL & EVANS, LLP**

*/s/ Adam R. Knecht*
Kurt R. Bonds
Adam R. Knecht
Attorneys for Defendant,
*PROPERTY RECEIVABLES CORP.*

Dated:  April 13, 2026

{00225828;1}