Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**HERNANDEZ & MASSI**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@hernandezandmassi.com
***Attorney for Plaintiff***

Hernandez & Massi
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDDIE ROSSER,<br><br>Plaintiff,<br><br>v.<br><br>PROPERTY RECEIVABLES, CORP,<br><br>Defendant. | Case No.: 2:26-cv-00707-JCM-EJY<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

Plaintiff and Defendant have resolved all claims, disputes, and differences between the parties.

Therefore, Plaintiff and Defendant, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of all claims against Defendant with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Defendant bearing their own

///

///

///

///

///

///

///

///

Hernandez & Massi
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450 FAX: (702) 552-0408

attorneys' fees, costs, and expenses incurred in this action.

Respectfully Submitted.

Dated: September 14, 2026

**HERNANDEZ & MASSI**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@hernandezandmassi.com
***Attorney for Plaintiff***

Dated: September 14, 2026

**HALL & EVANS, LLC**

*/s/ Adam R. Knecht*
Adam R. Knecht, Esq.
Nevada Bar No. 13166
1160 North Town Center Dr., Suite 330
Las Vegas, NV 89144
Telephone: (702) 998-1022
nvefile@hallevans.com
***Attorney for Defendant***

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are hereby dismissed with prejudice. Plaintiff and Defendant will bear their own costs, attorney's fees, and expenses.

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: September 14, 2026